IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br> v. <br><br> BRITTNEY NICOLE AGUIRRE and CHRISTOPHER PAPION, individually and d/b/a LOS MANJARES RESTAURANT, <br><br> Defendants. | Case No.: 1:10-cv-02293 AWI JLT <br><br> ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION AND VACATING THE INITIAL SCHEDULING CONFERENCE <br><br> (Doc. 11) <br><br> ORDER DIRECTING PLAINTIFF TO FILE APPLICATION FOR DEFAULT JUDGMENT |

      This matter was initiated on December 9, 2010 by Plaintiff Joe Hand Promottions, Inc. (Doc. 1). Brittney Nicole Aguirre and Christopher Papion ("Defendants") were served with the summons and complaint on March 10, 2011. (Docs. 7-8). Defendants failed to respond within the time prescribed by the Federal Rules of Civil Procedure. Therefore, upon application of Plaintiff and pursuant to Fed. R. Civ. P. 55(a), the Clerk of Court entered default against Defendants on April 14, 2011. (Doc. 10).

      On April 20, 2011, Plaintiff filed an ex parte application for an order vacating the initial scheduling conference given the default status of Defendants. (Doc. 11). In addition, Plaintiff asserts that its application for default judgment would soon be filed with the Court. *Id.* at 1.

///

///

1      Based upon the forgoing, there is good cause to vacate the scheduling conference in this
2 matter.  Accordingly, **IT IS HEREBY ORDERED**:
3      1.   Plaintiff's ex parte application for vacating the scheduling conference is **GRANTED**;
4      2.   The Scheduling Conference set for April 28, 2011, at 9:30 am is **VACATED**; and
5      3.   Plaintiff **SHALL FILE** its application for default judgment against Defendants
6           within thirty days of service of this order.

IT IS SO ORDERED.

Dated:   **April 21, 2011**                                        /s/ Jennifer L. Thurston
                                                      UNITED STATES MAGISTRATE JUDGE