Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | Case No. 1:10-CV-02293-AWI-JLT |
| Plaintiff, | JUDGMENT |
| vs. | |
| BRITTNEY NICOLE AGUIRRE, et al., | |
| Defendants. | |

Default having been entered in this action on April 14, 2011 against Brittney Nicole Aguirre and Christopher Papion, individually and d/b/a Pappy's Down South BBQ, and the application for and declarations in support of default judgment having been filed on or about May 11, 2011, and having been served on the Defendants and notice given and no appearance by the Defendants having been made in person or in writing and all other requirements for entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been certified to by Plaintiff's counsel, now therefore,

///
///
///
///
///

JUDGMENT (Proposed)
CASE NO. 1:10-CV-02293-AWI-JLT
PAGE 1

**IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT** be entered against Defendants Brittney Nicole Aguirre and Christopher Papion, individually and d/b/a Pappy's Down South BBQ and in favor of Joe Hand Promotions, Inc., as follows:

    a. For the Violation of Title 47 U.S.C. 605 (e)(3)(B)(iii) and (c)(ii):  $    4,000.00
    b. <u>For the Tort of Conversion:</u>                                                  $    1,200.00
                                           Total:      $    5,200.00

**Accordingly, JUDGMENT IS ENTERED IN ACCORDANCE WITH THE FOREGOING IN THE SUM OF $5,200.00.**

IT IS SO ORDERED.

Dated:   September 9, 2011                            /s/
                                                     CHIEF UNITED STATES DISTRICT JUDGE